Susan Lynn Mimura
V. Renee Karel
team1@idahoattys.com
ISB Nos. 3033, 9050
SUSAN LYNN MIMURA & ASSOCIATES, PLLC
3451 E. Copper Point Drive, Suite 106
Meridian, Idaho 83642
Telephone:  (208) 286-3140
Facsimile:  (208) 286-3135

*ATTORNEYS FOR PLAINTIFF*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MICHELLE PIERCE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CORRECTIONS CORPORATION OF AMERICA,**<br><br>**Defendant.** | Case No. 1:14-cv-50-WBS<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement in this matter, and the case is resolved. Final documents dismissing the case will be forthcoming.

Dated this 23rd day of February, 2015.

__/s/_____
Renee Karel, Attorney for Michelle Pierce

_/s/_____
Kirtlan Naylor, Attorney for Corrections Corporation of America

## CERTIFICATE OF SERVICE

I certify that on February 23, 2015, I electronically filed this document by using the CM/ECF system, which sent electronic notice to the following:

    Kirtlan G. Naylor
    Attorney for Defendant
    950 W. Bannock, Ste. 610
    Boise, ID  83702
    kirt@naylorhales.com

    Peter Munger
    Attorney for Defendant
    950 17th Street, Ste. 2600
    Denver, CO  80202
    Peter.munger@jacksonlewis.com

____/s/_____
Renee Karel